```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
GS HOLISTIC, LLC,                                                :
                                                                 :
                                    Plaintiff,                   :    1:25-cv-4473-GHW
                                                                 :
                    -against-                                    :           ORDER
                                                                 :
AMSTERDAM TOBACCO HOUSE INC., doing business                     :
as AMSTERDAM TOBACCO HOUSE, et al.,                              :
                                                                 :
                                    Defendants.                  :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/2025

GREGORY H. WOODS, District Judge:

On July 18, 2025, Plaintiff filed a notice of voluntary dismissal of its individual claims against Defendant Rajesh Shah. Dkt. No. 16. The filing contained two documents: the notice of voluntary dismissal, and a certificate of service. Only the certificate of service was signed.

Rule 11 of the Federal Rules of Civil Procedure requires that "[e]very pleading, written motion and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." Fed. R. Civ. P. 11(a). Here, although Plaintiff's counsel signed the certificate of service, he did not sign the notice of voluntary dismissal. If Plaintiff wishes to dismiss its individual claims against Defendant Rajesh Shah under F.R.C.P.41(a)(1)(A)(i), Plaintiff's counsel is directed to refile the documents with all required signatures.

SO ORDERED.

Dated: July 18, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge