USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GS HOLISTIC, LLC,                               :
                                                :
                              Plaintiff,        :
                                                :      1:25-cv-4473-GHW
               -against-               :
                                                :           <u>ORDER</u>
AMSTERDAM TOBACCO HOUSE INC., *et al.*,         :
                                                :
                                                :
                     Defendants.        :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated June 2, 2025, Dkt. No. 4, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than August 7, 2025. The Court has not received the joint status letter. The parties are directed to comply with the Court's June 2, 2025 order forthwith and in any event no later than August 11, 2025.

      SO ORDERED.

Dated: August 10, 2025
New York, New York

                                                                        GREGORY H. WOODS
                                                        United States District Judge