```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
GS HOLISTIC, LLC,                                                :
                                                                 :
                                      Plaintiff,    :
                                                                 :      1:25-cv-4473-GHW
                -against-                             :
                                                                 :      <u>ORDER</u>
AMSTERDAM TOBACCO HOUSE INC., *et al.*,                          :
                                                                 :
                                    Defendants.  :
                                                                 :
---------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       In the Court's order dated August 15, 2025, Dkt. No. 28, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than September 4, 2025. The Court has not received the joint status letter. The parties are directed to comply with the Court's August 15, 2025 order forthwith and in any event no later than September 9, 2025.

       SO ORDERED.

Dated: September 6, 2025
New York, New York
                                                                   GREGORY H. WOODS
                                                       United States District Judge