**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

CASE NUMBER: 1:25-cv-04473

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 2/18/2026

GS HOLISTIC, LLC,

Plaintiff,

v.

**MEMORANDUM ENDORSED**

Amsterdam Tobacco House Inc., et al.,

Defendants.
______________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Please take notice that Plaintiff GS Holistic, L.L.C., Inc. and Defendants Amsterdam Tobacco House Inc., and Saleem K. Sumnani (collectively, the "Defendants") hereby dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each Party to bear its own costs and attorneys' fees.

Respectfully submitted,

Dated: February 17, 2026

FOR PLAINTIFF

By: /s/ Anthony M. Verna III

Anthony M Verna , III
Verna Law, P.C.
80 Theodore Fremd Ave
Rye, NY 10580
t: 914-908-6757
anthony@vernalaw.com
*Attorney for Plaintiff*

FOR DEFENDANT

/s/ Ira Levine

Ira Levine, Esq.
543 Broadway
2d Floor
Massapequa, NY 11758
t: 516-541-1072
ira.levine@iralevinelaw.com
*Attorney for Defendants*

The parties have stipulated to the dismissal of this action under F.R.C.P. 41(a)(1)(A)(ii). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: February 18, 2026
New York, New York

GREGORY H. WOODS
United States District Judge